**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JAMES D. SCHNELLER, | : | No. 6 MAP 2015 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated 12/11/14 at |
| | : | No. 239 MD 2014 |
| v. | : | |
| | : | |
| | : | |
| JUDICIAL CONDUCT BOARD OF THE | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Appellee | : | |

**ORDER**

**PER CURIAM**                                              **DECIDED:  September 29, 2015**

**AND NOW**, this 29th day of September, the Order of the Commonwealth Court is hereby  AFFIRMED.